UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAMELA MILLER,<br><br>              Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>             Defendant. | CASE NO. C05-5789RJB<br><br>ORDER FOR REMAND |

     Based on the Stipulation between the parties, it is hereby ORDERED that the defendant's motion to correct order (Dkt. 24) is GRANTED and that the above-captioned case be REMANDED to the Commissioner of Social Security for further administrative proceedings. 42 U.S.C. § 405 (g) (sentence four). On remand, the Administrative Law Judge will be directed to: 1) update the medical record; 2) consider the MRI evidence dated July 7, 2005; (3) reconsider Plaintiff's credibility; 4) if possible, obtain the testimony of Jeanne Avery, who testified at an earlier hearing in connection with the July 26, 2001 decision; 5) as necessary, obtain medical and vocational expert testimony; and 6) complete any other actions necessary to develop the record and issue a new decision.

     DATED this 21st day of August, 2006.

                                           ROBERT J. BRYAN
                                           United States District Judge